# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>PADILLA, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01015-AWI-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 15) |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on July 27, 2018. (ECF No. 1.)

On August 7, 2018, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 6.) Following an extension of time, Plaintiff filed two sets of objections and a renewed motion to proceed *in forma pauperis*. (ECF Nos. 12, 13, 14.)

On October 18, 2018, the undersigned issued an order adopting the findings and recommendations and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days. (ECF No. 15). In that order, Plaintiff was warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. (Id. at 3.)

1

| | |
|---|---|
| 1 | On November 5, 2018, Plaintiff filed a motion for an extension of time to show that he is |
| 2 | an indigent state prisoner with no funds to pay the filing fee in this action. (ECF No. 17.) The |
| 3 | motion was denied, as such a showing is not relevant to the Court's determination that Plaintiff |
| 4 | cannot proceed in this action without prepayment of the filing fee. (ECF No. 18.) On November |
| 5 | 13, 2018, Plaintiff filed a "Motion to Show Cause," including a copy of his prisoner trust account |
| 6 | statement, to demonstrate his indigency and to show proof that he cannot afford the court fees in |
| 7 | this action. (ECF No. 19.) Plaintiff made the same argument in a second "Motion to Show |
| 8 | Cause" filed on November 29, 2018. (ECF No. 20.) |
| 9 | As explained in the Court's order denying Plaintiff's motion for extension of time, the |
| 10 | Court has already determined that Plaintiff is subject to 28 U.S.C. § 1915(g), and that his |
| 11 | allegations do not satisfy the imminent danger exception. Plaintiff has provided no further |
| 12 | information that would warrant reconsideration of this finding, and therefore prepayment of the |
| 13 | filing fee is required in order to proceed with this action. The deadline to pay the filing fee has |
| 14 | expired, and Plaintiff has failed to comply. |
| 15 | Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, |
| 16 | this case cannot proceed. This matter will be dismissed. See Ferdik v. Bonzelet, 963 F.2d 1258, |
| 17 | 1260–61 (9th Cir. 1992). |

**ORDER**

Based on the foregoing, this action is HEREBY DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's order of October 18, 2018, (ECF No. 15), and his failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   December 18, 2018

_____
SENIOR DISTRICT JUDGE